___FILED ___ENTERED
___LODGED ___RECEIVED

MAR 26 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN THE MATTER OF THE           )   No. 19-870-SAG
ADMINISTRATIVE INSPECTION OF   )
TURNING POINT CLINIC           )
2401 East North Avenue,        )
BALTIMORE, MD 21213-0000       )

## RETURN OF WARRANT FOR ADMINISTRATIVE INSPECTION

I received the attached Administrative Inspection Warrant on March 12, 2019. On March 14, 2019 at 11:30 a.m., I conducted an administrative inspection of the premises described in the warrant, and left a copy of the warrant with Reverend Milton Williams of Turning Point Clinic. The following paper and electronic records were seized pursuant to the warrant:

See attached copies of four (4) DEA-12, Receipt of Case or Other Items, and a copy of one (1) DEA-7a, Acquisition of Non-drug Property Seizures.

Sabrina M. Wynn
Diversion Investigator
Drug Enforcement Administration

Sworn to before me and subscribed
In my presence on this ___ day of
March 25, 2019.

United States Magistrate Judge
United States District Court
For the District of Maryland
Stephanie A. Gallagher

1

**U.S. Department of Justice**
Drug Enforcement Administration

*(DO NOT USE FOR DRUG EVIDENCE)*
**ACQUISITION OF NONDRUG PROPERTY SEIZURES**

| 1. Date Prepared: 03-15-2019 | 2. Case Number: GC-17-2063 | 3. File Title: Turning Point Clinic | | 4. GDEP #: YAN1M |
|---|---|---|---|---|
| 5. Group Number: Group 38 | 6. Program Code: | 7. Date taken Into DEA Custody: 03-15-2019 | 8. Where obtained (Country, City, State) USA, Baltimore, MD | |

9. Basis:
- ☐ Evidence
- ☐ Forfeiture
- ☐ Transfer in from Another Agency/DEA Office
- ☒ Temporary Custody
  - ☒ Safekeeping
  - ☐ Transfer to Another Agency/DEA Office

10. Type:
- ☐ Cash or other Monetary
- ☐ Recovered Official Advanced Funds, OAF
- ☐ Property *
  - ☐ Title III-Related
- ☒ Other (Specify) Hard Drive

\* Hazardous materials, including weapons, must be rendered safe or sanitized prior to submitting to Evidence Custodian. (See AM 6681).

11. If seized for forfeiture and held as evidence or for safekeeping, was a SSF prepared?
- ☐ Yes. Attach SSF and enter Asset ID (formerly CATS ID) #: _____
- ☒ No. Explain: 8 Hard Drives- used to image at site

| 12. Exhibit # | 13. Name and Description of Articles | 14. Appraised Valuation or Cash Amount |
|---|---|---|
| N-1 | 8 hard drives in yellow hard case. | |
| N-2 | 1 Hard Drive - in Mylar packaging | |

15. If firearm, enter the following information:

| Date of NCIC Check: | If stolen, provide NCIC#: | Serial Number: | Make: | Model: | Caliber: |
|---|---|---|---|---|---|
| | | | | | |

Date of Firearms Trace (Attach results to this document.): _____ If none, explain: _____

If applicable, date of Ballistics Check (Attach results to this document): _____

16. REMARKS:

| 17a. Type/Print Name of Special Agent/Task Force Officer/Diversion Investigator: /s/ Sabrina M Wynn, DI | 18a. Type/Print Name of Supervisor: /s/ Niketa G Prince, GS |
|---|---|
| 17b. Signature and Date: 03-15-2019 | 18b. Signature and Date: 03-22-2019 |

**EVIDENCE CUSTODIAN RECEIPT REPORT**

| 19. Received from: | |
|---|---|
| Type/Print Name: /s/Sabrina M Wynn | Signature and Date: 03-22-2019 |
| 20. Received by: | |
| Type/Print Name: /s/Keisha T Ellis | Signature and Date: 03-22-2019 |
| 21. Date Entered into ENEDS/CERTS: 03-22-2019 | |

DEA Form 7a (10/07) *(Previous editions are obsolete)*

Page 1 of 1

10496125

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)
Turning Point Clinic
C/O Rev. Williams

**FILE NO.** GC-17-2063
**G-DEP IDENTIFIER** YAN1M
**FILE TITLE** Turning Point Clinic
**DATE** 3/15/2019

**DIVISION/DISTRICT OFFICE**
BWO
200 St Paul Plaza
Ste 2222
Baltimore, MD 21202

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Binder - The Methadone Transfer Book | Warrant |
| 1 | Binder - The Starting Inventory Book | Warrant |

**RECEIVED BY (Signature):** [signature] 3/15/19
**NAME AND TITLE (Print or Type):** Sabrina M Winn DI

**WITNESSED BY (Signature):** [signature]
**NAME AND TITLE (Print or Type):** SHANNON CASON LPN

FORM DEA-12 (8-02) *Previous editions obsolete*       Electronic Form Version Designed in JetForm 5.2 Version

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO: (Name, Title, Address (including ZIP CODE), if applicable)**
Turning Point Clinic
c/o Rev. Williams

**FILE NO.** GC-17-2063

**G-DEP IDENTIFIER** YAN1M

**FILE TITLE** Turning Point Clinic

**DATE** 03/14/19

**DIVISION/DISTRICT OFFICE**
BDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | DEA-222 Form Binder w/executed copies | Warrant |
| 1 | Suboxone Manual Records Binder | Warrant |
| | Nothing Further | |

**RECEIVED BY (Signature)** [signature]
**NAME AND TITLE (Print or Type)** Sabrina M. Wynn, DI

**WITNESSED BY (Signature)** [signature]
**NAME AND TITLE (Print or Type)** SHANNA GREEN LPN

FORM DEA-12 (8-02) Previous editions obsolete    Electronic Form Version Designed in JetForm 5.2 Version

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

**TO:** (Name, Title, Address (including ZIP CODE), if applicable)
Turning Point Clinic
C/O Rev. Williams

**FILE NO.** GC-17-2063

**G-DEP IDENTIFIER** YAN1M

**FILE TITLE** Turning Point Clinic

**DATE** 03/14/19

**DIVISION/DISTRICT OFFICE**
BDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 3 | Bulk inventory | Warrant |
| 1 | Binder of DEA 222 Forms executed | Warrant |
| | Nothing further | |

**RECEIVED BY (Signature):** [signature]
**NAME AND TITLE (Print or Type):** Sabrina M Wynn, DI

**WITNESSED BY (Signature):** [signature]
**NAME AND TITLE (Print or Type):** SHANNEL GREEN, LPN

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

# U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. GC-17-2063 | G-DEP IDENTIFIER YAN1M |
|---|---|---|
| Turning Point Clinic <br> C/o Ken. Williams | FILE TITLE Turning Point Clinic | |
| | DATE 03/14/19 | |

**DIVISION/DISTRICT OFFICE**
BLO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Empty Binder | Warrant |
| X | | |
| | Nothing Further | |

**RECEIVED BY (Signature)**

**NAME AND TITLE (Print or Type)**
Sabrina M. Wynn, DI

**WITNESSED BY (Signature)**

**NAME AND TITLE (Print or Type)**
SHANNEL GLAN LPN

FORM DEA-12 (8-02) *Previous editions obsolete*        Electronic Form Version Designed in JetForm 5.2 Version